Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 17−15957−MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mary Oese
   3 Drexel Drive
   Toms River, NJ 08757

Social Security No.:
   xxx−xx−4787

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/15/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 15, 2018
JAN: kmf

                                                    Jeanne Naughton
                                                    Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                             Case No. 17-15957-MBK
Mary Oese                                                          Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2               Date Rcvd: Mar 15, 2018
                               Form ID: 148                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db             +Mary Oese,    3 Drexel Drive,    Toms River, NJ 08757-5221
aty            +Philip S Traynor,    Wellington Center,    14643 Dallas Parkway,    Suite 750,
                 Dallas, TX 75254-8884
516725694      +Ccs/cortrust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
516725695      +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
516725696      +Cntl Jer Adj,    201 Central Ave,    Westfield, NJ 07090-2151
516725697      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
516725698      +Eos Cca,   700 Longwater Dr,    Norwell, MA 02061-1624
516725702      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516725705      +Sure Recovery Service,    Po Box 818,    Jackson, NJ 08527-0818
516725706      +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287
516725707      +Trident Asst,    53 Perimeter Cente,    Atlanta, GA 30346-2294
517181530      +U.S. Bank National Association,    c/o Marinosci Law Group, P.C.,     ATTN: Bankruptcy Department,
                 100 West Cypress Creek Road, Suite 1045,    Fort Lauderdale, FL 33309-2191
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2018 23:18:10     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2018 23:18:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516725693       EDI: CAPITALONE.COM Mar 16 2018 02:43:00      Cap One,   Po Box 85520,    Richmond, VA 23285
516756120      +EDI: AISACG.COM Mar 16 2018 02:43:00     Capital One Auto Finance,
                 c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Ave., Dept. APS,
                 Oklahoma City, OK 73118-7901
516744044      +EDI: AISACG.COM Mar 16 2018 02:43:00     Capital One Auto Finance,,
                 a division of Capital One, N.A.,    P.O. Box 165028,    Irving, TX 75016-5028
516743103      +EDI: AISACG.COM Mar 16 2018 02:43:00     Capital One Auto Finance, c/o Ascension Capital Gr,
                 P.O. Box 201347,    Arlington, TX 76006-1347
516725699      +EDI: AMINFOFP.COM Mar 16 2018 02:43:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
516725700       EDI: JEFFERSONCAP.COM Mar 16 2018 02:48:00      Jefferson Capital Syst,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
517013308       EDI: PRA.COM Mar 16 2018 02:43:00     Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
516725701      +EDI: PRA.COM Mar 16 2018 02:43:00     Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
516788443      +EDI: DRIV.COM Mar 16 2018 02:48:00     SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
516725703      +EDI: DRIV.COM Mar 16 2018 02:48:00     Santander Consumer Usa,    Po Box 961245,
                 Fort Worth, TX 76161-0244
517014473      +E-mail/Text: bkteam@selenefinance.com Mar 15 2018 23:17:27      Selene Finance, LP,
                 9990 Richmond Avenue,    Suite 400 South,    Houston TX 77042-4546
516728283      +EDI: RMSC.COM Mar 16 2018 02:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516725704       E-mail/Text: bkteam@selenefinance.com Mar 15 2018 23:17:27      selene finance,    PO Box 422039,
                 Houston, TX  77242-4239
                                                                                                TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517014474*     +Selene Finance, LP,    9990 Richmond Avenue,    Suite 400 South,    Houston TX 77042-4546
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2          Date Rcvd: Mar 15, 2018
                              Form ID: 148               Total Noticed: 27
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Edward Nathan Vaisman     on behalf of Debtor Mary  Oese defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely as Trustee of SW REMIC 2014-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely as Trustee of SW REMIC 2014-2 ecf@powerskirn.com
                                                                                             TOTAL: 6
```