| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Mary Oese |

Order Filed on March 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-15957 / MBK

Chapter: 13

Hearing Date: March 13, 2018

Judge:  Michael B. Kaplan

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: March 15, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a Modified Plan
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-15957-MBK
Mary Oese                                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1                  Date Rcvd: Mar 15, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.
db             +Mary Oese,    3 Drexel Drive,    Toms River, NJ 08757-5221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:
      Albert    Russo     docs@russotrustee.com
      Edward Nathan Vaisman     on behalf of Debtor Mary   Oese defensecounsel@optonline.net,
       G20495@notify.cincompass.com
      Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance
       jschwartz@mesterschwartz.com
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity but solely as Trustee of SW REMIC 2014-2 rsolarz@kmllawgroup.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers, III     on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity but solely as Trustee of SW REMIC 2014-2 ecf@powerskirn.com
                                                                                                            TOTAL: 6